41 A.3d 1279

**Barry JONES, Petitioner**

v.

**James S. BRUNO, Esquire, Respondent.**

Supreme Court of Pennsylvania.

April 5, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 5th day of April, 2012, the Application for Leave to Stay Proceedings and the Petition for Allowance of Appeal are hereby DENIED.